## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CENTER FOR COALFIELD JUSTICE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 2:25-cv-00328 |
| W.G. TOMKO, INC., | ) ) | |
| Defendant. | ) ) ) ) | |

## PROPOSED ORDER OF COURT

AND NOW, this _____ day of _____, upon consideration of Defendant W.G.

Tomko, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint, it is hereby ORDERED

that said Motion is GRANTED and Plaintiff's First Amended Complaint is hereby DISMISSED.

BY THE COURT:

_____, J.