

**pennsylvania**
DEPARTMENT OF ENVIRONMENTAL
PROTECTION

Southwest Regional Office
CLEAN WATER PROGRAM

**NPDES PERMIT FACT SHEET**
**INDIVIDUAL INDUSTRIAL WASTE (IW)**
**AND IW STORMWATER**

**EXHIBIT A**

| | |
|---|---|
| Application Type | **New** |
| Facility Type | **Industrial** |
| Major / Minor | **Minor** |

Applic____
APS ID ____
Authorization ID __1337451__

## Applicant and Facility Information

| | | | |
|---|---|---|---|
| Applicant Name | **W. G. Tomko, Inc.** | Facility Name | **W. G. Tomko, Inc.** |
| Applicant Address | 2559 Pa 88 | Facility Address | 2559 Pa 88 |
| | Finleyville, PA 15332-3504 | | Finleyville, PA 15332-3504 |
| Applicant Contact | Steve Toprani | Facility Contact | Steve Toprani |
| Applicant Phone | (412) 997-7775 | Facility Phone | (412) 997-7775 |
| Client ID | 187801 | Site ID | 783169 |
| SIC Code | 1711,3444 | Municipality | Union Township |
| SIC Description | Construction - Plumbing, Heating, Air Conditioning, Manufacturing - Sheet Metal Work | County | Washington |
| Date Application Received | December 18, 2020 | EPA Waived? | Yes |
| Date Application Accepted | | If No, Reason | |
| Purpose of Application | New NPDES Industrial Waste Permit. | | |

## Summary of Review

The Department received a new Industrial Waste NPDES permit application from W. G. Tomko, Inc. for the Finleyville facility on December 18, 2020. Assembly of HVAC components and oil and gas industry manufacturing are conducted at the facility. Facility industrial activities consist of earthwork regrading (excavation, material handling, crushing/screening and dust suppressant runoff) along with material storage stockpile runoff from the regrading activities. The facility's remaining discharges are from parking areas and roof drains. Vehicle maintenance occurs under roof. No manufacturing materials are exposed to the elements.

The site has four (4) outfalls that discharge stormwater associated with industrial activity to Tributary 39501 to Peters Creek, designated in 25 PA Code Chapter 93 as a Trout Stock Fishery (TSF).

Outfall 001 discharges to Tributary 39501 to Peters Creek with Chapter 93 classification of TSF. In the drainage area of Outfall 001, the activities that exist are parking area and facility roof drains. The location of Outfall 001 is 40° 14' 47.71", -80° 00' 8.24" and has a drainage area of 58,722 sf, that is 100% impervious.

Outfall 002 discharges to Tributary 39501 to Peters Creek with Chapter 93 classification of TSF. In the drainage area of Outfall 002, the activities that exist are earthwork activities and material stockpile storage. Stormwater and roof drains from

| Approve | Deny | Signatures | Date |
|:---:|:---:|---|:---:|
| X | | *[signature]* <br> Curtis Holes, P.E. / Environmental Engineering Specialist | April 05, 2021 |
| X | | *[signature]* <br> Michael E. Fifth, P.E. / Environmental Engineer Manager | April 7, 2021 |

| Summary of Review |
| --- |

the fabrication building along with stormwater and process wastewater from the earthwork area are both directed to the sedimentation pond and ultimately discharge via Outfall 002. The location of Outfall 002 is 40° 14' 53.38", -80° 00' 11.35" and has a drainage area of 141,076 sf, that is approximately 19% impervious.

Outfall 003 discharges to Tributary 39501 To Peters Creek with Chapter 93 classification of TSF.    In the drainage area of Outfall 003, the activities that exist are parking area and facility roof drains.  The location of Outfall 003 is 40° 14' 46.1", -80° 00' 07.76" and has a drainage area of 43,911 sf, that is 100% impervious.

Outfall 004 discharges to Tributary 39501 To Peters Creek with Chapter 93 classification of TSF.    In the drainage area of Outfall 004, the activities that exist are parking area and facility roof drains.  The location of Outfall 004 is 40° 14' 44.94", -80° 00' 7.13" and has a drainage area of 600,597 sf, that is approximately 27% impervious.

Outfalls 001, 003 and 004 discharge stormwater only, while Outfall 002 discharges stormwater, groundwater seeps along with process wastewaters from the earthwork activities.

The permittee has no open violations with the Clean Water Program.

It is recommended that a Draft NPDES Permit be published for public comment in response to this application.

Public Participation

DEP will publish notice of the receipt of the NPDES permit application and a tentative decision to issue the individual NPDES permit in the *Pennsylvania Bulletin* in accordance with 25 Pa. Code § 92a.82.  Upon publication in the *Pennsylvania Bulletin*, DEP will accept written comments from interested persons for a 30-day period (which may be extended for one additional 15-day period at DEP's discretion), which will be considered in making a final decision on the application.  Any person may request or petition for a public hearing with respect to the application.  A public hearing may be held if DEP determines that there is significant public interest in holding a hearing.  If a hearing is held, notice of the hearing will be published in the *Pennsylvania Bulletin* at least 30 days prior to the hearing and in at least one newspaper of general circulation within the geographical area of the discharge.

### Discharge, Receiving Waters and Water Supply Information

| | | | |
|---|---|---|---|
| Outfall No. | 001 | Design Flow (MGD) | 0.0 |
| Latitude | 40º 14' 46.8" | Longitude | -80º 00' 8.2" |
| Quad Name | Hackett | Quad Code | 1705 |
| Wastewater Description: | Stormwater | | |

| | | | |
|---|---|---|---|
| Receiving Waters | Unnamed Tributary to Peters Creek (TSF) | Stream Code | 39501 |
| NHD Com ID | 99408950 | RMI | 0.3100 |
| Drainage Area | 0.33 | Yield (cfs/mi$^2$) | 0.00615 |
| $Q_{7-10}$ Flow (cfs) | 0.00203 | $Q_{7-10}$ Basis | USGS StreamStats |
| Elevation (ft) | 960 | Slope (ft/ft) | |
| Watershed No. | 19-C | Chapter 93 Class. | TSF |
| Existing Use | **Aquatic Life** | Existing Use Qualifier | |
| Exceptions to Use | None | Exceptions to Criteria | |
| Assessment Status | Impaired | | |
| Cause(s) of Impairment | CAUSE UNKNOWN, METALS | | |
| Source(s) of Impairment | ACID MINE DRAINAGE, SOURCE UNKNOWN | | |
| TMDL Status | Final | Name | Peters Creek Watershed |

| | | | |
|---|---|---|---|
| Nearest Downstream Public Water Supply Intake | | PA American Water Company – Pittsburgh (69 MGD) | |
| PWS Waters | Monongahela | Flow at Intake (cfs) | 1,230 |
| PWS RMI | 4.6 | Distance from Outfall (mi) | 26.5 |

Changes Since Last Permit Issuance:

Other Comments:

**Drainage Area**



## Discharge, Receiving Waters and Water Supply Information

| | |
|---|---|
| Outfall No. __002__ | Design Flow (MGD) __0.03__ |
| Latitude __40º 14' 53.4"__ | Longitude __-80º 00' 11.3"__ |
| Quad Name __Hackett__ | Quad Code __1705__ |

Wastewater Description: __Earthwork Process Wastewaters and Stormwater__

| | |
|---|---|
| Receiving Waters __Unnamed Tributary to Peters Creek (TSF)__ | Stream Code __39501__ |
| NHD Com ID __99408950__ | RMI __0.17__ |
| Drainage Area __0.33__ | Yield ($^{cfs}/_{mi^2}$) __0.00615__ |
| $Q_{7-10}$ Flow (cfs) __0.0044*__ | $Q_{7-10}$ Basis __USGS StreamStats__ |
| Elevation (ft) __960__ | Slope (ft/ft) __ __ |
| Watershed No. __19-C__ | Chapter 93 Class. __TSF__ |
| Existing Use __**Aquatic Life**__ | Existing Use Qualifier __ __ |
| Exceptions to Use __None__ | Exceptions to Criteria __ __ |
| Assessment Status __Impaired__ | |
| Cause(s) of Impairment __CAUSE UNKNOWN, METALS__ | |
| Source(s) of Impairment __ACID MINE DRAINAGE, SOURCE UNKNOWN__ | |
| TMDL Status __Final__ | Name __Peters Creek Watershed__ |

| | |
|---|---|
| Nearest Downstream Public Water Supply Intake | __PA American Water Company – Pittsburgh (69 MGD)__ |
| PWS Waters __Monongahela__ | Flow at Intake (cfs) __1,230__ |
| PWS RMI __4.6__ | Distance from Outfall (mi) __26.5__ |

Changes Since Last Permit Issuance:

Other Comments: *The StreamStats calculated $Q_{7-10}$ flow (0.00203 cfs) was adjusted to account for the error warning produced when the drainage area is outside the suggested range to prediction from the low-flow regression equation. To compensate for this error warning, a new point is selected downstream of the W.G. Tomko facility, but in the same watershed to increase the drainage area. Once a point is selected that returns a drainage area that is large enough, the yield ($^{cfs}/_{mi^2}$) is calculated for this location then ratioed to the Outfall location based on the drainage area as illustrated below.

(Downstream location Yield) * (Outfall Drainage Area) = Adjusted Outfall $Q_{7-10}$
(0.127 cfs / 9.46 mi²) * 0.33 mi² = **0.0044 cfs Adjusted $Q_{7-10}$**

**Drainage Area**



## Discharge, Receiving Waters and Water Supply Information

| | | | |
|---|---|---|---|
| Outfall No. | 003 | Design Flow (MGD) | 0.0 |
| Latitude | 40º 14' 46.2" | Longitude | -80º 00' 07.8" |
| Quad Name | Hackett | Quad Code | 1705 |
| Wastewater Description: | Stormwater | | |

| | | | |
|---|---|---|---|
| Receiving Waters | Unnamed Tributary to Peters Creek (TSF) | Stream Code | 39501 |
| NHD Com ID | 99408950 | RMI | 0.3200 |
| Drainage Area | 99408950 | RMI | 0.1700 |
| $Q_{7-10}$ Flow (cfs) | 0.33 | Yield (cfs/mi²) | 0.00615 |
| Elevation (ft) | 0.00203 | $Q_{7-10}$ Basis | USGS StreamStats |
| Watershed No. | 960 | Slope (ft/ft) | |
| Existing Use | 19-C | Chapter 93 Class. | TSF |
| Exceptions to Use | **Aquatic Life** | Existing Use Qualifier | |
| Assessment Status | Impaired | | |
| Cause(s) of Impairment | CAUSE UNKNOWN, METALS | | |
| Source(s) of Impairment | ACID MINE DRAINAGE, SOURCE UNKNOWN | | |
| TMDL Status | Final | Name | Peters Creek Watershed |

| | | | |
|---|---|---|---|
| Nearest Downstream Public Water Supply Intake | | PA American Water Company – Pittsburgh (69 MGD) | |
| PWS Waters | Monongahela | Flow at Intake (cfs) | 1,230 |
| PWS RMI | 4.6 | Distance from Outfall (mi) | 26.5 |

Changes Since Last Permit Issuance:

Other Comments:

### Drainage Area



## Discharge, Receiving Waters and Water Supply Information

Outfall No.   004                                            Design Flow (MGD)   0.0
Latitude   40º 14' 45.5"                                     Longitude   -80º 00' 7.3"
Quad Name   Hackett                                          Quad Code   1705
Wastewater Description:   Stormwater

Receiving Waters   Unnamed Tributary to Peters Creek (TSF)   Stream Code   39501
NHD Com ID   99408950                                        RMI   0.3400
Drainage Area   99408950                                     RMI   0.1700
$Q_{7-10}$ Flow (cfs)   0.33                                 Yield (cfs/mi$^2$)   0.00615
Elevation (ft)   0.00203                                     $Q_{7-10}$ Basis   USGS StreamStats
Watershed No.   960                                          Slope (ft/ft)
Existing Use   19-C                                          Chapter 93 Class.   TSF
Exceptions to Use   **Aquatic Life**                         Existing Use Qualifier
Assessment Status   Impaired
Cause(s) of Impairment   CAUSE UNKNOWN, METALS
Source(s) of Impairment   ACID MINE DRAINAGE, SOURCE UNKNOWN
TMDL Status   Final                                          Name   Peters Creek Watershed

Nearest Downstream Public Water Supply Intake   PA American Water Company – Pittsburgh (69 MGD)
PWS Waters   Monongahela                                     Flow at Intake (cfs)   1,230
PWS RMI   4.6                                                 Distance from Outfall (mi)   26.5

Changes Since Last Permit Issuance:

Other Comments:

**Drainage Area**



| **Development of Effluent Limitations** |
|:---:|

**Outfall No.** _001, 003 and 004_                    **Design Flow (MGD)** _0.0_
**Latitude** _Varies_                                       **Longitude** _Varies_
**Wastewater Description:** _Stormwater_

Stormwater Technology Limits

The Department's policy for stormwater discharges is to either (1) require that the stormwater is uncontaminated, (2) impose "Monitor and Report", to establish effluent goals and require the permittee to submit a Stormwater Pollution Prevention Plan (SWPPP), or (3) impose effluent limits. In all cases, a storm water special condition is placed in the permit in Part C.

Stormwater effluent data reported in the application are compared to stream criteria, EPA's Multi-Sector General Permit "benchmark values", ELGs and other references while considering site specific conditions such as stream flow and location to determine if actual discharge concentrations of various pollutants in stormwater warrant further controls. If there is insufficient data available, or if pollutant levels are excessive, monitoring for specific pollutants and/or a SWPPP are required in the permit. Otherwise, the storm water outfalls are simply listed as discharge points. In either case, a special condition is added to the permit to include some of the key components of the Department's General Permit (PAG-03) for Discharges of Stormwater Associated with Industrial Activities.

Outfall 001 is identified as representative of Outfalls 003 and 004.

**Outfall 001** (40º 14' 47.71", -80º 00' 8.24"): Has a drainage area of approximately 58,722 square feet with 100% impervious. No industrial activities or materials are stored in this drainage area. Discharges include stormwater from paved parking area for the facility roof drains. Current BMPs to control pollutants in the stormwater are housekeeping procedures, employee education and awareness.

Review of the stormwater data contained in the permit application was below benchmark values, as summarized below.

| Pollutant | Max Concentration ($^{mg}/_L$) | General Permit Benchmark Value ($^{mg}/_L$) | No Exposure Benchmark Value ($^{mg}/_L$) |
|---|---|---|---|
| Oil and Grease | <4.8 | 15 | ≤ 5.0 |
| BOD$_5$ | <3.5 | 30 | ≤ 10 |
| COD | <25.0 | 120 | ≤ 30 |
| TSS | <4.0 | 100 | ≤ 30 |
| Total Nitrogen | 1.3 | - - | ≤ 2.0 |
| Total Phosphorus | 0.15 | 2.0 | ≤ 1.0 |
| pH (S.U.) | 7.47 | 6.0 – 9.0 | 6.0 – 9.0 |

**Outfall 003** (40º 14' 46.1", -80º 00' 7.76"): Has a drainage area of approximately 43,911 square feet with 27% impervious. No industrial activities or materials are stored in this drainage area. Stormwater from paved parking area for the facility roof drains. Current BMPs to control pollutions in the stormwater are housekeeping procedures, employee education and awareness.

**Outfall 004** (40º 14' 44.94", -80º 00' 7.13"): Has a drainage area of approximately 600,597 square feet with 100% impervious. No industrial activities or materials are stored in this drainage area. Stormwater from paved parking area for the facility roof drains. Current BMPs to control pollutants in the stormwater are housekeeping procedures, employee education and awareness.

The permit application stormwater data concentrations, summarized above, are below EPA's no exposure stormwater benchmark values. With the typical monitoring results below benchmark value no monitoring requirements will be applied to the stormwater outfalls, they will be listed in Part C of the permit as discharge points.

| **Development of Effluent Limitations** |
|---|

| **Outfall No.** | 002 | **Design Flow (MGD)** | 0.03 |
|---|---|---|---|
| **Latitude** | 40º 14' 47.7" | **Longitude** | -80º 00' 8.3" |
| **Wastewater Description:** | Earthwork Process Wastewaters, Groundwater Seeps and Stormwater | | |

Outfall 002 consists of earthwork process wastewater and stormwater discharges. The process wastewaters consist of groundwater seeps and dust suppressant wastewaters generated by the facility's regrading earthwork activities. The facility is re-grading the property, cutting into the hillside. The earthworks activities have exposed groundwater seeps from the hillside, which are constantly flowing. The facility is processing the excavated material with a crusher/screener. The crusher/screener uses dust suppressant as a Best Management Practice (BMP) for dust control. The source water for the dust suppressant is public supplied water.

**Technology-Based Limitations**

Outfall 002 discharges consist of groundwater seeps, dust suppressant wastewater and stormwater discharges which are not subject to Federal Effluent Limitation Guidelines (ELGs) as the SIC code is not listed under 40 CFR parts 405 through 471.

Flow monitoring is required pursuant to 25 Pa. Code § 92a.61(d)(1).

Effluent standards for pH are also imposed on industrial wastes by 25 Pa. Code § 95.2(1).

Oil and Grease is imposed on industrial wastes by 25 Pa. Code § 95.2(2)(ii).

Total Residual Chlorine (TRC)

TRC technology-based limits do not apply to Outfalls 002. The facility uses public water supply for dust suppressant waters, but facility does not conduct chlorination activities. Even though the facility does not conduct chlorination activities, the use of chlorinated public supplied water as the source water for dust suppression causes a reasonable potential for TRC to be in the effluent. To evaluate this situation, TRC monitoring and reporting of monthly average and daily maximum at Outfall 002 are added to the permit monitoring requirements.

Total Dissolved Solids (TDS)

Integral to the implementation of 25 Pa. Code § 95.10 is the principle that existing, authorized mass loadings of TDS are exempt from any treatment requirements under these provisions. Existing mass loadings of TDS up to and including the maximum daily discharge loading for any existing discharge, provided that the loading was authorized prior to August 21, 2010 are exempt. Discharge loadings of TDS authorized by the Department are typically exempt from the treatment requirements of Chapter 95.10 until the net TDS loading is increased, an existing discharge proposes a hydraulic expansion or a change in the waste stream. If there are existing mass or production-based TDS effluent limits, then these are used as the basis for the existing mass loading. The facility is new, therefore, 25 Pa. Code § 95.10 requirements will be evaluated.

Where the TDS discharge concentration exceeds 1,000 $^{mg}/_L$ and discharge flow exceeds 0.1 MGD, establish a monitoring requirement for TDS, sulfate, chloride, and bromide. For discharges of 0.1 <GD or less establish monitoring requirements for TDS, sulfate, chloride, and bromide if the concentration of TDS discharge exceeds 5,000 $^{mg}/_L$. The estimated discharge flowrate of Outfall 001 is 0.03 MGD with a TDS maximum concentration of 518 $^{mg}/_L$. TDS, sulfate, chloride, and bromide monitoring are not imposed at Outfall 002, since the TDS concentration and flow are below the threshold trigger limits.

**Water Quality-Based Limitations**

Toxics Management Analysis

The Department's Toxics Management Spreadsheet (TMS) was utilized to facilitate calculations necessary for completing a reasonable potential analysis and determine Water Quality-Based Effluent Limitations (WQBELs) for discharges containing toxic pollutant concentrations. TMS combines the functionality of two (2) of the Department's analysis tools, Toxics Screening Analysis Spreadsheet and PENTOXSD water quality model.

DEP's procedures for evaluating reasonable potential are as follows:

1.  For IW discharges, the design flow to use in modeling is the average flow during production or operation and may be taken form the permit application.

2.  Perform a Toxics Screening Analysis to identify toxic pollutants of concern. All toxic pollutants, as reported in the permit application or on DMRs, are modeled by the TMS to determine the parameters of concern. [This includes pollutants reported as "Not Detectable" or as "<MDL" where the method detection limit for the analytical method used by the applicant is greater than the most stringent water quality criterion].

    -   Establish limits in the draft permit where the maximum reported concentration equals or exceeds 50% of the WQBEL. Use the average monthly and maximum daily limits for the permit as recommended by TMS. Establish an IMAX limit at 2.5 times the average monthly limit.

    -   For non-conservative pollutants, establish monitoring requirements where the maximum reported concentration is between 25% - 50% of the WQBEL.

    -   For conservative pollutants, establish monitoring requirements where the maximum reported concentration is between 10% - 50% of the WQBEL.

Discharges from Outfall 002 are evaluated based on concentrations reported on the application and contained in the DMRs; data from those sources are used as inputs into the TMS. A summary of TMS Inputs is contained in Table 1 below.

**Table 1: TMS Inputs**

| Parameter | Value |
|---|---|
| **Discharge Inputs** | |
| Facility | W. G. Tomko |
| Evaluation Type | Industrial |
| NPDES Permit No. | PA0255858 |
| Wastewater Description | Industrial Wastewater and Stormwater |
| Outfall ID | 002 |
| Design Flow (MGD) | 0.03 |
| Hardness ($^{mg}/_L$) | 335 |
| pH (S.U.) | 8.2 |
| Partial Mix Factors | Unknown – Calculated by TMS |
| Complete Mix Times | |
| $Q_{7-10}$ (min) | |
| $Q_h$ (min) | |
| **Stream Inputs** | |
| Receiving Surface Water | UNT to Peters Creek |
| Number of Reaches to Model | 1 |
| Stream Code | 39501 |
| RMI | 0.17 |
| Elevation (ft) | 960 |
| Drainage Area (mi²) | 0.33/9.46 |
| Slope (ft/ft) | |
| PWS Withdrawal (MGD) | 69 |
| Apply Fish Criteria | Yes |
| Low Flow Yield (cfs/mi²) | 0.013/0.013* |
| Flows | |
|     Stream (cfs) | 0.0044/0.127* |
|     Tributary (cfs) | N/A |
| Width (ft) | 15/15* |
| Stream Hardness ($^{mg}/_L$) | 100 |
| Stream pH (S.U.) | 7 |

* Denotes discharge location/downstream location values.

Analysis Report from the TMS run is included in Attachment A. Based on the recommendations of the TMS, weekly monitoring requirements for twelve (12) parameters at Outfall 002 as summarized in Table 2 below.

**Table 2: TMS Weekly Monitoring Recommendations for Outfall 002**

| Parameter | Department Target QL ($\mu g/L$) | Application Concentration ($\mu g/L$) | Recommended WQBEL ($\mu g/L$) Average Monthly | Recommended WQBEL ($\mu g/L$) Maximum Daily |
|---|---|---|---|---|
| Total Aluminum | 10 | 1,730 | 750 | 821 |
| Total Antimony* | 2.0 | <6 | 6.13 | 9.57 |
| Total Arsenic* | 3.0 | <5 | Report | Report |
| Total Cadmium* | 0.2 | <3 | 0.69 | 1.08 |
| Total Copper* | 4.0 | <5 | Report | Report |
| Dissolved Iron* | 20 | <70 | Report | Report |
| Total Iron | 20 | 1,780 | 1,642 | 2,562 |
| Total Lead* | 1.0 | <5 | Report | Report |
| Total Selenium | 5.0 | 18.2 | 5.46 | 8.52 |
| Total Silver* | 0.4 | <6 | Report | Report |
| Total Thallium* | 2.0 | <10 | 0.26 | 0.41 |

* TMS recommended effluent monitoring of eight (8) parameters (Total Antimony, Total Arsenic. Total Cadmium, Total Copper, Dissolved Iron, Total Lead, Total Silver and Total Thallium) since the Department minimum quantitation limits (QLs) were not achieved for the permit application samples. The Department will allow W.G. Tomko the opportunity to resample these parameters during the 30-day Draft permit comment period. If W.G. Tomko can verify that these parameters are not present in its wastewater discharge at the Departments minimum QLs, effluent limitations for parameters illustrating this may be eliminated prior to Final permit issuance.

## WQM 7.0 Model

In general, WQM 7.0 Model is run if the maximum $BOD_5/CBOD_5$ concentrations exceeds 30/25 $mg/L$ in the permit application or the DMRs. The permit application reports $BOD_5$ concentration of <3.5$mg/L$, therefore, running WQM 7.0 Model is not required.

## Effluent Limitations and Monitoring Requirements for Outfall 002

Effluent limits applicable at Outfall 002 are the more stringent of TBELs, regulatory effluent standards, WQBELs. Proposed monitoring requirements are summarized in Table 3.

**Table 3: Final Effluent limits and monitoring requirements for Outfall 002**

| Parameter | Mass (pounds) Average Monthly | Mass (pounds) Daily Maximum | Concentration (µg/L) Average Monthly | Concentration (µg/L) Daily Maximum | Basis |
|---|---|---|---|---|---|
| Flow (MGD) | Report | Report | — | — | 25 Pa. Code § 92a.61(d)(1) |
| pH (S.U.) | — | — | — | 9.0 IMAX | 25 Pa. Code § 95.2 |
| Total Aluminum | — | — | 750 | 750 | WQBEL |
| Total Antimony | — | — | 6.13 | 9.57 | WQBEL |
| Total Arsenic | — | — | Report | Report | WQBEL |
| Total Cadmium | — | — | 0.69 | 1.08 | WQBEL |
| TRC (mg/L) | — | — | Report | Report | WQBEL |
| Total Copper | — | — | Report | Report | WQBEL |
| Dissolved Iron | — | — | Report | Report | WQBEL |
| Total Iron | — | — | 1,642 | 2,562 | WQBEL |
| Total Lead | — | — | Report | Report | WQBEL |
| Total Selenium | — | — | 5.46 | 8.52 | WQBEL |
| Total Silver | — | — | Report | Report | WQBEL |
| Total Thallium | — | — | 0.26 | 0.41 | WQBEL |

Monitoring requirements for the interim and final effluent limits are displayed in Table 4 below.

**Table 4: Monitoring Requirements for Outfall 002**

| Parameter | Sample Type | Minimum Sample Frequency |
|---|---|---|
| Flow (MGD) | Measured | 1/week |
| pH (S.U.) | Grab | 1/week |
| Total Aluminum | Grab | 1/week |
| Total Antimony | Grab | 1/week |
| Total Arsenic | Grab | 1/week |
| Total Cadmium | Grab | 1/week |
| TRC | Grab | 1/week |
| Total Copper | Grab | 1/week |
| Dissolved Iron | Grab | 1/week |
| Total Iron | Grab | 1/week |
| Total Lead | Grab | 1/week |
| Total Selenium | Grab | 1/week |
| Total Silver | Grab | 1/week |
| Total Thallium | Grab | 1/week |

| | Tools and References Used to Develop Permit |
|---|---|
| ☐ | WQM for Windows Model (see Attachment  ) |
| ☒ | TMS Spreadsheet Model (see Attachment **B**) |
| ☐ | TRC Model Spreadsheet (see Attachment ) |
| ☐ | Temperature Model Spreadsheet (see Attachment  ) |
| ☐ | Toxics Screening Analysis Spreadsheet (see Attachment  ) |
| ☐ | Water Quality Toxics Management Strategy, 361-0100-003, 4/06. |
| ☐ | Technical Guidance for the Development and Specification of Effluent Limitations, 362-0400-001, 10/97. |
| ☐ | Policy for Permitting Surface Water Diversions, 362-2000-003, 3/98. |
| ☐ | Policy for Conducting Technical Reviews of Minor NPDES Renewal Applications, 362-2000-008, 11/96. |
| ☐ | Technology-Based Control Requirements for Water Treatment Plant Wastes, 362-2183-003, 10/97. |
| ☐ | Technical Guidance for Development of NPDES Permit Requirements Steam Electric Industry, 362-2183-004, 12/97. |
| ☐ | Pennsylvania CSO Policy, 385-2000-011, 9/08. |
| ☐ | Water Quality Antidegradation Implementation Guidance, 391-0300-002, 11/03. |
| ☐ | Implementation Guidance Evaluation & Process Thermal Discharge (316(a)) Federal Water Pollution Act, 391-2000-002, 4/97. |
| ☐ | Determining Water Quality-Based Effluent Limits, 391-2000-003, 12/97. |
| ☐ | Implementation Guidance Design Conditions, 391-2000-006, 9/97. |
| ☐ | Technical Reference Guide (TRG) WQM 7.0 for Windows, Wasteload Allocation Program for Dissolved Oxygen and Ammonia Nitrogen, Version 1.0, 391-2000-007, 6/2004. |
| ☐ | Interim Method for the Sampling and Analysis of Osmotic Pressure on Streams, Brines, and Industrial Discharges, 391-2000-008, 10/1997. |
| ☐ | Implementation Guidance for Section 95.6 Management of Point Source Phosphorus Discharges to Lakes, Ponds, and Impoundments, 391-2000-010, 3/99. |
| ☐ | Technical Reference Guide (TRG) PENTOXSD for Windows, PA Single Discharge Wasteload Allocation Program for Toxics, Version 2.0, 391-2000-011, 5/2004. |
| ☐ | Implementation Guidance for Section 93.7 Ammonia Criteria, 391-2000-013, 11/97. |
| ☐ | Policy and Procedure for Evaluating Wastewater Discharges to Intermittent and Ephemeral Streams, Drainage Channels and Swales, and Storm Sewers, 391-2000-014, 4/2008. |
| ☐ | Implementation Guidance Total Residual Chlorine (TRC) Regulation, 391-2000-015, 11/1994. |
| ☐ | Implementation Guidance for Temperature Criteria, 391-2000-017, 4/09. |
| ☐ | Implementation Guidance for Section 95.9 Phosphorus Discharges to Free Flowing Streams, 391-2000-018, 10/97. |
| ☐ | Implementation Guidance for Application of Section 93.5(e) for Potable Water Supply Protection Total Dissolved Solids, Nitrite-Nitrate, Non-Priority Pollutant Phenolics and Fluorides, 391-2000-019, 10/97. |
| ☐ | Field Data Collection and Evaluation Protocol for Determining Stream and Point Source Discharge Design Hardness, 391-2000-021, 3/99. |
| ☐ | Implementation Guidance for the Determination and Use of Background/Ambient Water Quality in the Determination of Wasteload Allocations and NPDES Effluent Limitations for Toxic Substances, 391-2000-022, 3/1999. |
| ☐ | Design Stream Flows, 391-2000-023, 9/98. |
| ☐ | Field Data Collection and Evaluation Protocol for Deriving Daily and Hourly Discharge Coefficients of Variation (CV) and Other Discharge Characteristics, 391-2000-024, 10/98. |
| ☐ | Evaluations of Phosphorus Discharges to Lakes, Ponds and Impoundments, 391-3200-013, 6/97. |
| ☐ | Pennsylvania's Chesapeake Bay Tributary Strategy Implementation Plan for NPDES Permitting, 4/07. |
| ☐ | SOP: |
| ☐ | Other: |

# Attachment A: Site Plan

# Attachment B:  TMS Model Report

# Attachment A: Site Plan

# Site Plan



**Attachment B: TMS Model Summary**



Toxics Management Spreadsheet
Version 1.3, March 2021

## Discharge Information

| Instructions | Discharge | Stream |

Facility: **WG Tomko**    NPDES Permit No.: **PA0255858**    Outfall No.: **002**

Evaluation Type: **Major Sewage / Industrial Waste**    Wastewater Description: **Process Wastewater**

### Discharge Characteristics

| Design Flow (MGD)* | Hardness (mg/l)* | pH (SU)* | Partial Mix Factors (PMFs) | | | | Complete Mix Times (min) | |
|---|---|---|---|---|---|---|---|---|
| | | | AFC | CFC | THH | CRL | $Q_{7-10}$ | $Q_h$ |
| 0.03 | 335 | 8.21 | | | | | | |

| | | | | 0 if left blank | | 0.5 if left blank | | 0 if left blank | | | 1 if left blank | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Discharge Pollutant | Units | Max Discharge Conc | Trib Conc | Stream Conc | Daily CV | Hourly CV | Strea m CV | Fate Coeff | FOS | Criteria Mod | Chem Transl |
| Group 1 | Total Dissolved Solids (PWS) | mg/L | 518 | | | | | | | | | |
| | Chloride (PWS) | mg/L | 6.5 | | | | | | | | | |
| | Bromide | mg/L | < 0.5 | | | | | | | | | |
| | Sulfate (PWS) | mg/L | 298 | | | | | | | | | |
| | Fluoride (PWS) | mg/L | 0.17 | | | | | | | | | |
| | Total Aluminum | µg/L | 1730 | | | | | | | | | |
| | Total Antimony | µg/L | < 6 | | | | | | | | | |
| | Total Arsenic | µg/L | < 5 | | | | | | | | | |
| | Total Barium | µg/L | 62.9 | | | | | | | | | |
| | Total Beryllium | µg/L | | | | | | | | | | |
| | Total Boron | µg/L | 76.9 | | | | | | | | | |
| | Total Cadmium | µg/L | < 3 | | | | | | | | | |
| | Total Chromium (III) | µg/L | < 5 | | | | | | | | | |
| | Hexavalent Chromium | µg/L | < 0.01 | | | | | | | | | |
| | Total Cobalt | µg/L | 1.1 | | | | | | | | | |
| | Total Copper | µg/L | < 5 | | | | | | | | | |
| Group 2 | Free Cyanide | µg/L | | | | | | | | | | |
| | Total Cyanide | µg/L | | | | | | | | | | |
| | Dissolved Iron | µg/L | < 70 | | | | | | | | | |
| | Total Iron | µg/L | 1780 | | | | | | | | | |
| | Total Lead | µg/L | < 5 | | | | | | | | | |
| | Total Manganese | µg/L | 53.5 | | | | | | | | | |
| | Total Mercury | µg/L | < 0.2 | | | | | | | | | |
| | Total Nickel | µg/L | < 10 | | | | | | | | | |
| | Total Phenols (Phenolics) (PWS) | µg/L | < 50 | | | | | | | | | |
| | Total Selenium | µg/L | 18.2 | | | | | | | | | |
| | Total Silver | µg/L | < 6 | | | | | | | | | |
| | Total Thallium | µg/L | < 10 | | | | | | | | | |
| | Total Zinc | µg/L | 10.8 | | | | | | | | | |
| | Total Molybdenum | µg/L | | | | | | | | | | |
| | Acrolein | µg/L | < | | | | | | | | | |
| | Acrylamide | µg/L | < | | | | | | | | | |
| | Acrylonitrile | µg/L | < | | | | | | | | | |
| | Benzene | µg/L | < | | | | | | | | | |
| | Bromoform | µg/L | < | | | | | | | | | |

| | Parameter | Units | < | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group 3** | Carbon Tetrachloride | µg/L | < | | | | | | | | | | | | | | |
| | Chlorobenzene | µg/L | | | | | | | | | | | | | | | |
| | Chlorodibromomethane | µg/L | < | | | | | | | | | | | | | | |
| | Chloroethane | µg/L | < | | | | | | | | | | | | | | |
| | 2-Chloroethyl Vinyl Ether | µg/L | < | | | | | | | | | | | | | | |
| | Chloroform | µg/L | < | | | | | | | | | | | | | | |
| | Dichlorobromomethane | µg/L | < | | | | | | | | | | | | | | |
| | 1,1-Dichloroethane | µg/L | < | | | | | | | | | | | | | | |
| | 1,2-Dichloroethane | µg/L | < | | | | | | | | | | | | | | |
| | 1,1-Dichloroethylene | µg/L | < | | | | | | | | | | | | | | |
| | 1,2-Dichloropropane | µg/L | < | | | | | | | | | | | | | | |
| | 1,3-Dichloropropylene | µg/L | < | | | | | | | | | | | | | | |
| | 1,4-Dioxane | µg/L | < | | | | | | | | | | | | | | |
| | Ethylbenzene | µg/L | < | | | | | | | | | | | | | | |
| | Methyl Bromide | µg/L | < | | | | | | | | | | | | | | |
| | Methyl Chloride | µg/L | < | | | | | | | | | | | | | | |
| | Methylene Chloride | µg/L | < | | | | | | | | | | | | | | |
| | 1,1,2,2-Tetrachloroethane | µg/L | < | | | | | | | | | | | | | | |
| | Tetrachloroethylene | µg/L | < | | | | | | | | | | | | | | |
| | Toluene | µg/L | < | | | | | | | | | | | | | | |
| | 1,2-trans-Dichloroethylene | µg/L | < | | | | | | | | | | | | | | |
| | 1,1,1-Trichloroethane | µg/L | < | | | | | | | | | | | | | | |
| | 1,1,2-Trichloroethane | µg/L | < | | | | | | | | | | | | | | |
| | Trichloroethylene | µg/L | < | | | | | | | | | | | | | | |
| | Vinyl Chloride | µg/L | < | | | | | | | | | | | | | | |
| **Group 4** | 2-Chlorophenol | µg/L | < | | | | | | | | | | | | | | |
| | 2,4-Dichlorophenol | µg/L | < | | | | | | | | | | | | | | |
| | 2,4-Dimethylphenol | µg/L | < | | | | | | | | | | | | | | |
| | 4,6-Dinitro-o-Cresol | µg/L | < | | | | | | | | | | | | | | |
| | 2,4-Dinitrophenol | µg/L | < | | | | | | | | | | | | | | |
| | 2-Nitrophenol | µg/L | < | | | | | | | | | | | | | | |
| | 4-Nitrophenol | µg/L | < | | | | | | | | | | | | | | |
| | p-Chloro-m-Cresol | µg/L | < | | | | | | | | | | | | | | |
| | Pentachlorophenol | µg/L | < | | | | | | | | | | | | | | |
| | Phenol | µg/L | < | | | | | | | | | | | | | | |
| | 2,4,6-Trichlorophenol | µg/L | < | | | | | | | | | | | | | | |
| **Group 5** | Acenaphthene | µg/L | < | | | | | | | | | | | | | | |
| | Acenaphthylene | µg/L | < | | | | | | | | | | | | | | |
| | Anthracene | µg/L | < | | | | | | | | | | | | | | |
| | Benzidine | µg/L | < | | | | | | | | | | | | | | |
| | Benzo(a)Anthracene | µg/L | < | | | | | | | | | | | | | | |
| | Benzo(a)Pyrene | µg/L | < | | | | | | | | | | | | | | |
| | 3,4-Benzofluoranthene | µg/L | < | | | | | | | | | | | | | | |
| | Benzo(ghi)Perylene | µg/L | < | | | | | | | | | | | | | | |
| | Benzo(k)Fluoranthene | µg/L | < | | | | | | | | | | | | | | |
| | Bis(2-Chloroethoxy)Methane | µg/L | < | | | | | | | | | | | | | | |
| | Bis(2-Chloroethyl)Ether | µg/L | < | | | | | | | | | | | | | | |
| | Bis(2-Chloroisopropyl)Ether | µg/L | < | | | | | | | | | | | | | | |
| | Bis(2-Ethylhexyl)Phthalate | µg/L | < | | | | | | | | | | | | | | |
| | 4-Bromophenyl Phenyl Ether | µg/L | < | | | | | | | | | | | | | | |
| | Butyl Benzyl Phthalate | µg/L | < | | | | | | | | | | | | | | |
| | 2-Chloronaphthalene | µg/L | < | | | | | | | | | | | | | | |
| | 4-Chlorophenyl Phenyl Ether | µg/L | < | | | | | | | | | | | | | | |
| | Chrysene | µg/L | < | | | | | | | | | | | | | | |
| | Dibenzo(a,h)Anthracene | µg/L | < | | | | | | | | | | | | | | |
| | 1,2-Dichlorobenzene | µg/L | < | | | | | | | | | | | | | | |
| | 1,3-Dichlorobenzene | µg/L | < | | | | | | | | | | | | | | |
| | 1,4-Dichlorobenzene | µg/L | < | | | | | | | | | | | | | | |
| | 3,3-Dichlorobenzidine | µg/L | < | | | | | | | | | | | | | | |
| | Diethyl Phthalate | µg/L | < | | | | | | | | | | | | | | |
| | Dimethyl Phthalate | µg/L | < | | | | | | | | | | | | | | |
| | Di-n-Butyl Phthalate | µg/L | < | | | | | | | | | | | | | | |
| | 2,4-Dinitrotoluene | µg/L | < | | | | | | | | | | | | | | |

| Parameter | Units | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2,6-Dinitrotoluene | µg/L | < | | | | | | | | |
| Di-n-Octyl Phthalate | µg/L | < | | | | | | | | |
| 1,2-Diphenylhydrazine | µg/L | < | | | | | | | | |
| Fluoranthene | µg/L | < | | | | | | | | |
| Fluorene | µg/L | < | | | | | | | | |
| Hexachlorobenzene | µg/L | < | | | | | | | | |
| Hexachlorobutadiene | µg/L | < | | | | | | | | |
| Hexachlorocyclopentadiene | µg/L | < | | | | | | | | |
| Hexachloroethane | µg/L | < | | | | | | | | |
| Indeno(1,2,3-cd)Pyrene | µg/L | < | | | | | | | | |
| Isophorone | µg/L | < | | | | | | | | |
| Naphthalene | µg/L | < | | | | | | | | |
| Nitrobenzene | µg/L | < | | | | | | | | |
| n-Nitrosodimethylamine | µg/L | < | | | | | | | | |
| n-Nitrosodi-n-Propylamine | µg/L | < | | | | | | | | |
| n-Nitrosodiphenylamine | µg/L | < | | | | | | | | |
| Phenanthrene | µg/L | < | | | | | | | | |
| Pyrene | µg/L | < | | | | | | | | |
| 1,2,4-Trichlorobenzene | µg/L | < | | | | | | | | |
| Aldrin | µg/L | < | | | | | | | | |
| alpha-BHC | µg/L | < | | | | | | | | |
| beta-BHC | µg/L | < | | | | | | | | |
| gamma-BHC | µg/L | < | | | | | | | | |
| delta BHC | µg/L | < | | | | | | | | |
| Chlordane | µg/L | < | | | | | | | | |
| 4,4-DDT | µg/L | < | | | | | | | | |
| 4,4-DDE | µg/L | < | | | | | | | | |
| 4,4-DDD | µg/L | < | | | | | | | | |
| Dieldrin | µg/L | < | | | | | | | | |
| alpha-Endosulfan | µg/L | < | | | | | | | | |
| beta-Endosulfan | µg/L | < | | | | | | | | |
| Endosulfan Sulfate | µg/L | < | | | | | | | | |
| Endrin | µg/L | < | | | | | | | | |
| Endrin Aldehyde | µg/L | < | | | | | | | | |
| Heptachlor | µg/L | < | | | | | | | | |
| Heptachlor Epoxide | µg/L | < | | | | | | | | |
| PCB-1016 | µg/L | < | | | | | | | | |
| PCB-1221 | µg/L | < | | | | | | | | |
| PCB-1232 | µg/L | < | | | | | | | | |
| PCB-1242 | µg/L | < | | | | | | | | |
| PCB-1248 | µg/L | < | | | | | | | | |
| PCB-1254 | µg/L | < | | | | | | | | |
| PCB-1260 | µg/L | < | | | | | | | | |
| PCBs, Total | µg/L | < | | | | | | | | |
| Toxaphene | µg/L | < | | | | | | | | |
| 2,3,7,8-TCDD | ng/L | < | | | | | | | | |
| Gross Alpha | pCi/L | | | | | | | | | |
| Total Beta | pCi/L | < | | | | | | | | |
| Radium 226/228 | pCi/L | < | | | | | | | | |
| Total Strontium | µg/L | < | | | | | | | | |
| Total Uranium | µg/L | < | | | | | | | | |
| Osmotic Pressure | mOs/kg | | | | | | | | | |

Group 6 — Aldrin through 2,3,7,8-TCDD
Group 7 — Gross Alpha through Osmotic Pressure



Toxics M

## Stream / Surface Water Information

WG Tomko, NPDES Permit No. PA025

`Instructions` `Discharge` `Stream`

Receiving Surface Water Name: **UNT to Peters Creek**    No. Reaches to Model: **1**

○ Statewide Criteria
○ Great Lakes Criteria
○ ORSANCO Criteria

| Location | Stream Code* | RMI* | Elevation (ft)* | DA (mi²)* | Slope (ft/ft) | PWS Withdrawal (MGD) | Apply Fish Criteria* |
|---|---|---|---|---|---|---|---|
| Point of Discharge | 039501 | 0.17 | 960 | 0.33 | | | Yes |
| End of Reach 1 | 039501 | 0 | 955 | 9.46 | | | Yes |

### $Q_{7-10}$

| Location | RMI | LFY (cfs/mi²)* | Flow (cfs) Stream | Flow (cfs) Tributary | W/D Ratio | Width (ft) | Depth (ft) | Velocity y (fps) | Travel Time (days) | Tributary Hardness | Tributary pH | Stream Hardness* | Stream pH* | H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Point of Discharge | 0.17 | 0.013 | 0.0044 | | | | | | | | | 100 | 7 | |
| End of Reach 1 | 0 | 0.013 | 0.127 | | | | | | | | | | | |

### $Q_h$

| Location | RMI | LFY (cfs/mi²) | Flow (cfs) Stream | Flow (cfs) Tributary | W/D Ratio | Width (ft) | Depth (ft) | Velocity y (fps) | Travel Time (days) | Tributary Hardness | Tributary pH | Stream Hardness | Stream pH | H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Point of Discharge | 0.17 | | | | | | | | | | | | | |
| End of Reach 1 | 0 | | | | | | | | | | | | | |



Toxics Management Sprea
Version 1.3, Mar

## Model Results

WG Tomko, NPDES Permit No. PA0255858, Outfa

| Instructions | **Results** | | **RETURN TO INPUTS** | **SAVE AS PDF** | **PRINT** | ● All | ○ Inputs | ○ Results | ○ Limits |

☐ **Hydrodynamics**

☑ **Wasteload Allocations**

☑ **AFC**        CCT (min):  0.007      PMF:  1      Analysis Hardness (mg/l):  314.65      Analysis pH:  7.84

| Pollutants | Stream Conc (µg/L) | Stream CV | Trib Conc (µg/L) | Fate Coef | WQC (µg/L) | WQ Obj (µg/L) | WLA (µg/L) | Comments |
|---|---|---|---|---|---|---|---|---|
| Total Dissolved Solids (PWS) | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Chloride (PWS) | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Sulfate (PWS) | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Fluoride (PWS) | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Aluminum | 0 | 0 | | 0 | 750 | 750 | 821 | |
| Total Antimony | 0 | 0 | | 0 | 1,100 | 1,100 | 1,204 | |
| Total Arsenic | 0 | 0 | | 0 | 340 | 340 | 372 | Chem Translator of 1 applied |
| Total Barium | 0 | 0 | | 0 | 21,000 | 21,000 | 22,991 | |
| Total Boron | 0 | 0 | | 0 | 8,100 | 8,100 | 8,868 | |
| Total Cadmium | 0 | 0 | | 0 | 6.130 | 6.84 | 7.49 | Chem Translator of 0.896 applied |
| Total Chromium (III) | 0 | 0 | | 0 | 1456.851 | 4,610 | 5,047 | Chem Translator of 0.316 applie |
| Hexavalent Chromium | 0 | 0 | | 0 | 16 | 16.3 | 17.8 | Chem Translator of 0.982 applie |
| Total Cobalt | 0 | 0 | | 0 | 95 | 95.0 | 104 | |
| Total Copper | 0 | 0 | | 0 | 39.575 | 41.2 | 45.1 | Chem Translator of 0.96 applied |
| Dissolved Iron | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Iron | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Lead | 0 | 0 | | 0 | 219.195 | 351 | 385 | Chem Translator of 0.624 applie |
| Total Manganese | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Mercury | 0 | 0 | | 0 | 1.400 | 1.65 | 1.8 | Chem Translator of 0.85 applied |
| Total Nickel | 0 | 0 | | 0 | 1234.885 | 1,237 | 1,355 | Chem Translator of 0.998 applie |
| Total Phenols (Phenolics) (PWS) | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Selenium | 0 | 0 | | 0 | N/A | N/A | N/A | Chem Translator of 0.922 applie |
| Total Silver | 0 | 0 | | 0 | 23.104 | 27.2 | 29.8 | Chem Translator of 0.85 applie |
| Total Thallium | 0 | 0 | | 0 | 65 | 65.0 | 71.2 | |
| Total Zinc | 0 | 0 | | 0 | 309.503 | 316 | 346 | Chem Translator of 0.978 applie |

Model Results                                      4/5/2021

☑ **CFC**   CCT (min): `0.007`   PMF: `1`   Analysis Hardness (mg/l): `314.65`   Analysis pH: `7.84`

| Pollutants | Stream Conc (µg/L) | Stream CV | Trib Conc (µg/L) | Fate Coef | WQC (µg/L) | WQ Obj (µg/L) | WLA (µg/L) | Comments |
|---|---|---|---|---|---|---|---|---|
| Total Dissolved Solids (PWS) | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Chloride (PWS) | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Sulfate (PWS) | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Fluoride (PWS) | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Aluminum | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Antimony | 0 | 0 | | 0 | 220 | 220 | 241 | |
| Total Arsenic | 0 | 0 | | 0 | 150 | 150 | 164 | Chem Translator of 1 applied |
| Total Barium | 0 | 0 | | 0 | 4,100 | 4,100 | 4,489 | |
| Total Boron | 0 | 0 | | 0 | 1,600 | 1,600 | 1,752 | |
| Total Cadmium | 0 | 0 | | 0 | 0.545 | 0.63 | 0.69 | Chem Translator of 0.861 applied |
| Total Chromium (III) | 0 | 0 | | 0 | 189.506 | 220 | 241 | Chem Translator of 0.86 applie |
| Hexavalent Chromium | 0 | 0 | | 0 | 10 | 10.4 | 11.4 | Chem Translator of 0.962 applie |
| Total Cobalt | 0 | 0 | | 0 | 19 | 19.0 | 20.8 | |
| Total Copper | 0 | 0 | | 0 | 23.850 | 24.8 | 27.2 | Chem Translator of 0.96 applie |
| Dissolved Iron | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Iron | 0 | 0 | | 0 | 1,500 | 1,500 | 1,642 | WQC = 30 day average; PMF = |
| Total Lead | 0 | 0 | | 0 | 8.542 | 13.7 | 15.0 | Chem Translator of 0.624 applie |
| Total Manganese | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Mercury | 0 | 0 | | 0 | 0.770 | 0.91 | 0.99 | Chem Translator of 0.85 applie |
| Total Nickel | 0 | 0 | | 0 | 137.158 | 138 | 151 | Chem Translator of 0.997 applie |
| Total Phenols (Phenolics) (PWS) | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Selenium | 0 | 0 | | 0 | 4.600 | 4.99 | 5.46 | Chem Translator of 0.922 applie |
| Total Silver | 0 | 0 | | 0 | N/A | N/A | N/A | Chem Translator of 1 applied |
| Total Thallium | 0 | 0 | | 0 | 13 | 13.0 | 14.2 | |
| Total Zinc | 0 | 0 | | 0 | 312.034 | 316 | 346 | Chem Translator of 0.986 applie |

☑ **THH**   CCT (min): `0.007`   PMF: `1`   Analysis Hardness (mg/l): `N/A`   Analysis pH: `N/A`

| Pollutants | Stream Conc (µg/L) | Stream CV | Trib Conc (µg/L) | Fate Coef | WQC (µg/L) | WQ Obj (µg/L) | WLA (µg/L) | Comments |
|---|---|---|---|---|---|---|---|---|
| Total Dissolved Solids (PWS) | 0 | 0 | | 0 | 500,000 | 500,000 | N/A | |
| Chloride (PWS) | 0 | 0 | | 0 | 250,000 | 250,000 | N/A | |
| Sulfate (PWS) | 0 | 0 | | 0 | 250,000 | 250,000 | N/A | |
| Fluoride (PWS) | 0 | 0 | | 0 | 2,000 | 2,000 | N/A | |
| Total Aluminum | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Antimony | 0 | 0 | | 0 | 5.6 | 5.6 | 6.13 | |
| Total Arsenic | 0 | 0 | | 0 | 10 | 10.0 | 10.9 | |
| Total Barium | 0 | 0 | | 0 | 2,400 | 2,400 | 2,628 | |
| Total Boron | 0 | 0 | | 0 | 3,100 | 3,100 | 3,394 | |
| Total Cadmium | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Chromium (III) | 0 | 0 | | 0 | N/A | N/A | N/A | |

Model Results                                    4/5/2021

| Hexavalent Chromium | 0 | 0 | | 0 | N/A | N/A | N/A | |
|---|---|---|---|---|---|---|---|---|
| Total Cobalt | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Copper | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Dissolved Iron | 0 | 0 | | 0 | 300 | 300 | 328 | |
| Total Iron | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Lead | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Manganese | 0 | 0 | | 0 | 1,000 | 1,000 | 1,095 | |
| Total Mercury | 0 | 0 | | 0 | 0.050 | 0.05 | 0.055 | |
| Total Nickel | 0 | 0 | | 0 | 610 | 610 | 668 | |
| Total Phenols (Phenolics) (PWS) | 0 | 0 | | 0 | 5 | 5.0 | N/A | |
| Total Selenium | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Silver | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Thallium | 0 | 0 | | 0 | 0.24 | 0.24 | 0.26 | |
| Total Zinc | 0 | 0 | | 0 | N/A | N/A | N/A | |

☑ *CRL*    CCT (min): 0.192    PMF: 1    Analysis Hardness (mg/l): N/A    Analysis pH: N/A

| Pollutants | Stream Conc (µg/L) | Stream CV | Trib Conc (µg/L) | Fate Coef | WQC (µg/L) | WQ Obj (µg/L) | WLA (µg/L) | Comments |
|---|---|---|---|---|---|---|---|---|
| Total Dissolved Solids (PWS) | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Chloride (PWS) | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Sulfate (PWS) | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Fluoride (PWS) | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Aluminum | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Antimony | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Arsenic | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Barium | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Boron | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Cadmium | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Chromium (III) | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Hexavalent Chromium | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Cobalt | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Copper | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Dissolved Iron | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Iron | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Lead | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Manganese | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Mercury | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Nickel | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Phenols (Phenolics) (PWS) | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Selenium | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Silver | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Thallium | 0 | 0 | | 0 | N/A | N/A | N/A | |
| Total Zinc | 0 | 0 | | 0 | N/A | N/A | N/A | |

**Model Results**                4/5/2021

☑ *Recommended WQBELs & Monitoring Requirements*

**No. Samples/Month:**  4

| Pollutants | Mass Limits | | Concentration Limits | | | | Governing WQBEL | WQBEL Basis | Comment |
|---|---|---|---|---|---|---|---|---|---|
| | AML (lbs/day) | MDL (lbs/day) | AML | MDL | IMAX | Units | | | |
| Total Aluminum | 0.19 | 0.21 | 750 | 821 | 821 | µg/L | 750 | AFC | Discharge Conc ≥ 50% |
| Total Antimony | 0.002 | 0.002 | 6.13 | 9.57 | 15.3 | µg/L | 6.13 | THH | Discharge Conc ≥ 50% |
| Total Arsenic | Report | Report | Report | Report | Report | µg/L | 10.9 | THH | Discharge Conc > 10% V |
| Total Cadmium | 0.0002 | 0.0003 | 0.69 | 1.08 | 1.73 | µg/L | 0.69 | CFC | Discharge Conc ≥ 50% |
| Total Copper | Report | Report | Report | Report | Report | µg/L | 27.2 | CFC | Discharge Conc > 10% V |
| Dissolved Iron | Report | Report | Report | Report | Report | µg/L | 328 | THH | Discharge Conc > 10% V |
| Total Iron | 0.41 | 0.64 | 1,642 | 2,562 | 4,106 | µg/L | 1,642 | CFC | Discharge Conc ≥ 50% |
| Total Lead | Report | Report | Report | Report | Report | µg/L | 15.0 | CFC | Discharge Conc > 10% V |
| Total Selenium | 0.001 | 0.002 | 5.46 | 8.52 | 13.7 | µg/L | 5.46 | CFC | Discharge Conc ≥ 50% |
| Total Silver | Report | Report | Report | Report | Report | µg/L | 27.2 | AFC | Discharge Conc > 10% V |
| Total Thallium | 0.00007 | 0.0001 | 0.26 | 0.41 | 0.66 | µg/L | 0.26 | THH | Discharge Conc ≥ 50% |
| | | | | | | | | | |

☑ *Other Pollutants without Limits or Monitoring*

The following pollutants do not require effluent limits or monitoring based on water quality because reasonable potential to exceed water quality criteria was not determined concentration was less than thresholds for monitoring, or the pollutant was not detected and a sufficiently sensitive analytical method was used (e.g., <= Target QL).

| Pollutants | Governing WQBEL | Units | Comments |
|---|---|---|---|
| Total Dissolved Solids (PWS) | N/A | N/A | PWS Not Applicable |
| Chloride (PWS) | N/A | N/A | PWS Not Applicable |
| Bromide | N/A | N/A | No WQS |
| Sulfate (PWS) | N/A | N/A | PWS Not Applicable |
| Fluoride (PWS) | N/A | N/A | PWS Not Applicable |
| Total Barium | 2,628 | µg/L | Discharge Conc ≤ 10% WQBEL |
| Total Boron | 1,752 | µg/L | Discharge Conc ≤ 10% WQBEL |
| Total Chromium (III) | 241 | µg/L | Discharge Conc ≤ 10% WQBEL |
| Hexavalent Chromium | 11.4 | µg/L | Discharge Conc < TQL |
| Total Cobalt | 20.8 | µg/L | Discharge Conc ≤ 10% WQBEL |
| Total Manganese | 1,095 | µg/L | Discharge Conc ≤ 10% WQBEL |
| Total Mercury | 0.055 | µg/L | Discharge Conc < TQL |
| Total Nickel | 151 | µg/L | Discharge Conc ≤ 10% WQBEL |
| Total Phenols (Phenolics) (PWS) | | µg/L | PWS Not Applicable |
| Total Zinc | 316 | µg/L | Discharge Conc ≤ 10% WQBEL |

Model Results                                             4/5/2021